1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID K. SHULT,                          )
                                         )
                Petitioner,              )        3:15-cv-00389-HDM-VPC
                                         )
vs.                                      )        **ORDER**
                                         )
ATTORNEY GENERAL OF                      )
THE STATE OF NEVADA,                     )
                                         )
                Respondents.             )
_____/

15      This action is a *pro se* petition for a writ of habeas corpus filed by David K. Shult, a Nevada state

16  prisoner.  Petitioner's application to proceed *in forma pauperis* (ECF No. 2) establishes that he is able

17  to pay the $5.00 filing fee, which he has done (ECF No. 1).  So the application shall be denied, but this

18  matter shall nonetheless proceed.

19      Petitioner's initial pleading herein is entirely hand-written and is styled as a "Motion Seeking

20  United States Justice & Jurisdiction on Writ of Habeas Corpus (Post-Conviction)." ECF No. 3. Because

21  he appears to be challenging his state custody under a state-court judgment, he is required to complete

22  a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2554, on the court-approved form.  LSR

23  2-1 (requiring plaintiffs appearing in *pro se* to file all of their complaints and petitions on the court's

24  approved forms).

25      **IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis*

26  (ECF No. 2) is **DENIED**.

1    **IT IS FURTHER ORDERED** that within thirty (30) days of the date of entry of this order,
2    petitioner shall file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on the court-
3    approved form.

4    **IT IS FURTHER ORDERED** that the Clerk shall **SEND** to petitioner (1) the approved form
5    for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and (2) the document "Information
6    and Instructions for filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

7    **IT IS FURTHER ORDERED** that failure to comply with this order may result in dismissal of
8    this action.

9    DATED this 12th day of August, 2015.

10

11

12    _____
13    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

2